# United States Court of Appeals
## for the Fourth Circuit

CHAMBERS OF
KAREN J. WILLIAMS

1021 MIDDLETON STREET
ORANGEBURG, SOUTH CAROLINA 29115
TELEPHONE 803-533-0711
FACSIMILE 803-534-3249

September 7, 2004

The Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Re: 2003 Financial Disclosure Report

Dear Judge Lisi:

I have your letter of August 9, 2004 and appreciate the advice offered to assist in filing future reports. I appreciate the security concerns you have noted, but for the last four years these items in my report have been redacted due to recognized security issues.

In Part VII, you note that I am not required to list the number of shares in Column A or Column D(1). However, due to the number of transactions occurring during the year in each account, I find it necessary for me to list both the current numbers of shares held as well as the number bought or sold with each transaction to ensure accurate reporting of each trade.

As for listing the number of acres in each tract of land, in B. of Part VIII I noted that the acreage was being combined for purposes of this report and would be listed as one asset on the 2004 report. On this new listing, I will not include the amount of acreage.

In Part VII, page 3, lines 44-48, 51, and 53, page 4, lines 56, 58-60,63-68,71, page 5, lines 73-90, page 6, lines 91-99 and 101-108, page 7, lines 109-121, page 9, line 159, page 10, lines 164 and 166, page 11, line 192, page 12, lines 200 and 202, page 14, line 246, page 16, lines 279 and 283, and page 17, line 302, I have traditionally listed the face values of these assets i.e. ████████to help identify the different bonds since many are similar in name and interest amount. Without this identifying information, it can be difficult to

differentiate between the different bonds held within each account and to note the effect of part calls.

In Part VII, page 3, line 40, page 4, line 72, page 7, line 122, page 13, line 222, page 14, line 236, page 15, lines 267 and 270, and page 17, line 303, I have taken your suggestion and listed each account with an abbreviated name and partial number. This should resolve the security concerns and still allow me to identify each account.

I appreciate your explaining how to handle noting an asset when it is acquired as a result of a spinoff from a corporation already listed on my report (such as Medco Health Solutions Inc. (Part VII, p. 17, Line 292 of my 2003 report). In the future I will make sure to note such as a "Spinoff from (parent corporation)" in Column A or in Part VIII.

In Part VIII, Note "E" (VII-268), you are correct in that the note should read:"(VII-268) Funds in this account were transferred to the account listed in line 269 of this report."

The following are my responses to the questions in the middle of p. 2 of your letter. Due to the complexity of my report, I have already started working on my 2004 report. Because the software program overwrites the previous report, unfortunately I no longer have an electronic copy of my 2003 report as originally submitted to correct in response to this letter. Therefore, I have recreated each line for which you have requested some explanation or additional information. I have indicated the changes in redline and strike out text.

1)     In Part VII, page 2, line 31, Column C(2) the value method code "T" is incorrect and should be "W".

| 31. (F-1) Farmland ▨▨▨ in Orangeburg County | .. | ▨▨▨▨▨▨ ▨ |  |  |  |  |  |
|---|---|---|---|---|---|---|---|

2)   In Part VII, page 9, line 149, the asset, <u>(S-2) Duke Energy Corp</u>  was entirely disposed of, therefore the values in columns C(1) & (2) should be left blank.

| 149. (S-2) Duke Energy Corp. | | | | | | | |
|---|---|---|---|---|---|---|---|

In Part VII, page 11, line 192, the asset, **<u>(S-2) Revlon Consumer Prod. Corp 8.625 ST SUB Notes</u>** was also entirely disposed of, therefore the values in columns C(1) & (2) should be left blank.



| 192. (S-2) Revlon Consumer Prod Corp. 8.625 ST SUB Notes | | | | | |
|---|---|---|---|---|---|

3)   In Part VII, page 7, line 111, the asset, **<u>(S-1) SCST HSG AUTH MTG PUR SERA</u>** 6.375%, was listed in error. It is a duplicate of the asset listed in line 102 and therefore will be removed for the 2004 report.

In Part VII, page 12, line 208, the asset, **<u>(S-2) Travelers PPTY Cas Corp CLA</u>** was listed in error. It is a duplicate of the asset listed in line 202 and therefore will be removed for the 2004 report.

In my 2003 report in Part VII, page 16, line 279, the asset, **<u>(S-5) Charleston County Health FACS</u>** 5.45 is the same asset listed on my 2002 report in Part VII, p.8, line 137.

The asset listed in Part VII, page 17, line 296 of my 2003 report, "**<u>(S-5) Treas Fund Cap Reserves</u>**", is the same asset listed in my 2002 report in Part VII, page 4, line 66 as "**<u>(S-5) Nations Sec Prime Cash Reserves Fund</u>**" The note in part VIII (M) briefly explains that this asset was transferred into another account known as Nations Prime Investments and then transferred again into a brokerage account with SSN. What I failed to add was further explanation that the new account would be referred to as "Treas Fund- Cap Reserves."

4) In Part VII, the corrections to B (1) and (2) on the following lines should read as follows:



p. 10   A.   B.   C.   D.

| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 179. (S-2) Merck & Co. Inc. ▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |

p. 11

| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 182. (S-2) Micron Technology ▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 187. (S-2) Nippon Tel & Tel Spon ADR ▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 195. (S-2) Safeway Inc. New ▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 197. (S-2) Sandisk Corp ▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |

p. 12

| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 200. (S-2) Service Merch Inc. SR SubDeb DTD 2/17/93 ▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | |

p. 13  In reviewing the assets in line 225, I realized that I needed to make some clarifications. The name of the investment "E. Resources Capitol Group New" changed to "RCG Companies, Inc." in June of 2003. Since the total number of shares held at the beginning of my 2003 report was ▓▓▓and, in lines 225 and 226, I reported the sale of ▓▓▓▓▓▓▓ shares remain. The asset listed in lines 228 and 229 as "RCG" is a duplicate of those listed in lines 225 and 226 and therefore will not be listed on my 2004 report. (The trades listed on lines 225 and 226 are incorrect and refer to trade dates in 2002.) In my 2004 report, this asset will be referred to as "RCG Companies, Inc.".  The corrected reporting of this asset should be as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 225. (S-3) E. Resources Cap Group New ▓▓▓▓ (Name changed now RCG Companies, Inc.) | ▓▓▓ | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| 226. | | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |

5)     In Part VII, the corrections to D (3) on the following lines should read as follows:



p. 11     A.

| | B. (1) (2) | C. (1) (2) | D. (1) (2) (3)(4) (5) |
|---|---|---|---|
| 185. (S-2) News LTD-ADR-New ▮ | ▮▮▮▮▮▮ ▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| 186. | | ▮▮▮▮▮▮ | ▮▮▮▮ |
| 187. (S-2) Nippon Tel & Tel Spon ADR ▮ | ▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮ |

p. 13   (See explanation above.)

| | | | |
|---|---|---|---|
| ~~228. (S-3) RCG Companies~~ ▮ | | ▮▮▮▮▮▮ | ▮▮▮▮ |
| ~~229.~~ | | ▮▮▮▮ | |

p.18

| | | | |
|---|---|---|---|
| 313. (S-6) American Intl Group Inc. ▮ | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 314. | | ▮▮▮▮ | |
| 315. (S-6) Amgen ▮ | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 316. | | ▮▮▮▮ | |
| 318. (S-6) AOL Time Warner ▮ (Name changed now Time Warner) | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 319. | | ▮▮▮▮ | |
| 320. (S-6) Bank New York Inc. ▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 321. | | ▮▮▮▮ | |

p.20

| | | | |
|---|---|---|---|
| 346. (S-6) General Electric Co. ▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 347. | | ▮▮▮▮ | |

p.22

| | | | |
|---|---|---|---|
| 395. (S-6) Sabre Group Hldgs Inc. Class A ▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 396. | | ▮▮▮▮ | |

In reviewing my 2003 report and my financial records, I also found the following errors that I would like to correct:

In Part VII, P. 10, Line 179 on my 2003 report, I correctly listed holding ███████ of Merck & Co. However, I omitted, in error, that ██ of those shares were purchased on 11/21. Corrected it would read as follows:

p.10

| 179. (S-2) Merck & Co. Inc. ████ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

On lines 184 and 188, I incorrectly reported the income information in Columns B(1) & (2). Corrected they should read:

p.11

| 184. (S-2) Motorola Inc. DE ████ | | | | | | | |
|---|---|---|---|---|---|---|---|

| 188. (S-2) Nokia ██████ | | | | | | | |
|---|---|---|---|---|---|---|---|



The (S-2) SB Citibank account listed in line 201 of my 2003 report was closed during the 2003 reporting year and the assets transferred into the Dreyfus account that was reported on line 151 of my 2003 report. I also realized that there was an additional "(S-2) Citibank Nevada" account that I inadvertently omitted from my 2003 report. This account was also closed during the year and the funds transferred into the Dreyfus account on line 151. These corrections and additions to my 2003 report should read as follows:

| 201.(S-2) SB Citibank NA FDS Retirement Port CLA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

6

| (S-2) Citibank Nevada | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

After line 230 on my 2003 report, I need to add the following asset that was inadvertently omitted from my report:

| (S-3) Citibank Nevada | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

On line 428 on my 2003 report I incorrectly reported the type of income in B(2). The corrected line should read:

| (S-6) SB Money Funds | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

6) On my 2002 report in Part VII, page 12, line 214, I listed "**(S) Prudential Financial Inc**.". This was not listed in Part VII of my 2003 report because I could not find the asset in papers and assumed that it must have been an annuity that had been incorrectly listed. Fortunately, recalled that it was a life insurance policy that was donated. The corrected line should read:

| (S) Prudential Financial, Inc. | | | | | |
|---|---|---|---|---|---|

I have been as thorough as possible in reviewing my records and accounts and hope that these responses answer your questions. The appropriate corrections and additions will be reflected in my 2004 report when it is filed next year. If you have any additional questions, please advise.

Sincerely



Karen J. Williams

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) WILLIAMS, KAREN J | 2. Court or Organization FOURTH CIRCUIT COURT APPEALS | 3. Date of Report 06/28/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.CIRCUIT JUDGE - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 1021 MIDDLETON STREET ORANGEBURG, SC 29115 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | South Carolina Bar Association |
| 2. | Member | Federal Judges Association |
| 3. | Member | Univ. of SC School of Law Advisory Board |
| 4. | Member | Univ. of SC School of Law Partnership Bd |
| 5. | Member, Board | Rotary Club of Orangeburg, S.C. |
| 6. | Member | Nat'l Association of Women Judges |
| 7. | Member | South Carolina Women Lawyers Association |
| 8. | Member, Trustee | First Baptist Church of Orangeburg |
| 9. | Member | Federal Judicial Resources Committee |
| 10. | Member | Federal Judicial Center's Appellate Judges Education Committee |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE 2004 JUL -1 A 11: 22 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Annuity: TransAmerica Occidental Life | ▮▮▮▮ |
| 2. | 2003 | Annuity: Prudential | ▮▮▮▮ |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Salary and and Bonus - Practice of Law |
| 2. | 2003 | SC State University per diem (Board of Trustees) |
| 3. | 2003 | Annuity: Aurora |
| 4. | 2003 | Annuity: Southern Farm Bureau |
| 5. | 2003 | Annuity: Manufacturer's Life |
| 6. | 2003 | Annuity: Travelers |
| 7. | 2003 | Annuity: Allstate Life Insurance |
| 8. | 2003 | Annuity: Prudential |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILLIAMS, KAREN J | 06/28/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. ████████████ | Note secured by rl. estate mortgage | ██ |
| 2. ██ Farmers Home Admin. | Note secured by rl. estate mortgage | ██ |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. (T) South Carolina Bank & Trust CK | ▓▓▓▓ | | | | | | | | |
| 2. (T) South Carolina Bank & Trust SuperMax | ▓▓▓▓ | | | | | | | | |
| 3. (T) Community Bank Shares ▓▓▓ | ▓▓▓▓ | | | | | | | | |
| 4. (T) Bank of America MM Savings | ▓▓▓▓ | | | | | | | | |
| 5. (T) South Carolina Bank & Trust CD | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 6. (T) Orangeburg National Bank CD | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 7. (T) Hartford Life & Annuity | | | ▓▓▓▓ | | | | | | |
| 8. ▓ Property | | | | | | | | | |
| 9. ▓ Bank of America, O'burgSC CK | ▓▓▓▓ | | | | | | | | |
| 10. ▓ Bank of America, O'burgSC SAV | ▓▓▓▓ | | | | | | | | |
| 11. ▓ Property | | | | | | | | | |
| 12. ▓ Bank of America CK | | | ▓▓▓▓ | | | | | | |
| 13. ▓ Bank of America MMKT INV | ▓▓▓▓ | | | | | | | | |
| 14. ▓ Office On Square in Orangeburg County, SC | | | ▓▓▓▓ | | | | | | |
| 15. ▓ House ▓▓ Orangeburg County, SC | | | ▓▓▓▓ | | | | | | |
| 16. ▓ 1/2 Interest Real Estate in Elbert County, GA | | | ▓▓▓▓ | | | | | | |
| 17. ▓ Alena Exploration Ltd Partnership | ▓▓▓▓ | | | | | | | | |
| 18. ▓ Brockton Professional Baseball LLC | ▓▓▓▓ | | | | | | | | |



| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $ | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ▮Charles H. Williams PA Stock | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | | |
| 20. ▮Note Rec'd▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | | | |
| 21. ▮Sky High Company | | | ▮▮▮▮▮▮▮▮ | | | | | | — |
| 22. ▮Rock Hill Hotel Group | | | ▮▮▮▮▮▮▮ | | | | | | |
| 23. ▮Team Sports Entertainment Inc. Note Rec (TRAC) | ▮▮▮▮▮▮ | | | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | ▮▮▮▮▮ |
| 24. ▮West Main Investments | | | | | ▮▮▮▮▮▮▮ | | | | |
| 25. ▮West Lake Holdings LLC | | | | | ▮▮▮ ▮▮▮▮ | | | | |
| 26. (F-1) ▮▮ Owned Prop) | | | | | | | | | |
| 27. (F-1) Farmland, ▮▮ Orangeburg County, SC | | | ▮▮▮▮▮▮▮ | | | | | | ▮▮▮ |
| 28. (F-1) Farmland ▮▮▮ Orangeburg County, SC | | | ▮▮▮▮▮▮▮ | | | | | | |
| 29. (F-1) Farmland ▮▮▮ Orangeburg County, SC | | | ▮▮▮▮▮▮▮ | | | | | | |
| 30. (F-1) Farmland ▮▮▮ Orangeburg County, SC ▮▮ | | | ▮▮▮▮▮▮▮ | | | | | | |
| 31. (F-1) Farmland ▮▮ in Orangeburg County, SC | | | ▮▮▮▮▮▮▮ | | | | | | |
| 32. (F-1) Farmland ▮▮▮ in Orangeburg County, SC ▮▮ | | | ▮▮▮▮▮▮▮ | | | | | | |
| 33. (F-1) ▮▮ in Orangeburg County, SC ▮▮ | | | ▮▮▮▮▮▮▮ | | | | | | |
| 34. (F-1) ▮▮ Orangeburg County, SC ▮▮ | | | ▮▮▮▮▮▮▮ | | | | | | |
| 35. (F-1) ▮▮ Orangeburg County, SC | | | ▮▮▮▮▮▮▮ | | | | | | |
| 36. (F-1) ▮▮ & Home in Orangeburg County, SC | | | ▮▮▮▮▮▮▮ | | | | | | |

1. Income/Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000

3. Value Method Codes O = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) U = Book Value | V = Other | W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. (F-1) ▓▓▓ in Orangeburg County, SC ▓▓ | | | | | | | | | |
| 38. (F-1) House/Lot Clarendon County, .SC | | | | | | | | | |
| 39. (F-1) Office Building, ,Orangeburg, SC | | | | | | | | | |
| 40. ACCOUNT T-1 ▓▓▓ | | | | | | | | | |
| 41. (T-1) Arthur J. Gallagher ▓▓ | | | | | | | | | |
| 42. (T-1) Automatic Data Processing, Inc.▓▓ | | | | | | | | | |
| 43. (T-1) Bassett Furniture Ind. ▓▓ | | | | | | | | | |
| 44. (T-1) Charleston County Hospital FacsRev Mun Bd 7% ▓▓ | | | | | | | | | |
| 45. (T-1) Charleston County Pollution Ctl Facs Rev ▓▓ | | | | | | | | | |
| 46. (T-1) Charleston Cnty, SC Solid Wst User Fee RevReg 6% ▓▓ | | | | | | | | | |
| 47. (T-1) Darlington County INDL Rev Sonoco ▓▓ 6.125 | | | | | | | | | |
| 48. (T-1) Darlington County INDL Dev ▓▓ 6.0 | | | | | | | | | |
| 49. (T-1) Duke Energy Corp ▓▓ | | | | | | | | | |
| 50. (T-1) Equity Focus TRS UT Strategic Ser ▓▓ | | | | | | | | | |
| 51. (T-1) Grand Strand Water & Sewer 5.0 ▓▓ | | | | | | | | | |
| 52. (T-1) Johnson & Johnson▓▓ | | | | | | | | | |
| 53. (T-1) Lancaster County SC School District ▓▓ | | | | | | | | | |
| 54. (T-1) Lexington County School Dist No 1 ▓▓ | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. (T-1) Merrill Lynch | | | | | | | | | |
| 56. (T-1) MFS Municipal Income TR SH BEN | | | | | | | | | |
| 57. (T-1) Nike inc. | | | | | | | | | |
| 58. (T-1) North Myrtle Beach SC RFDG Duke 6.0 | | | | | | | | | |
| 59. (T-1) Oconee County SC PRC RFDG Duke 5.8 | | | | | | | | | |
| 60. (T-1) Orangeburg County School Dist 5 G.O. Bus 5.25 | | | | | | | | | |
| 61. (T-1) Plum Creek Timber Co. Inc. | | | | | | | | | |
| 62. (T-1) SSN Prime Fund - Cap Reserves | | | | | | | | | |
| 63. (T-1) SC St ED Ast 6% | | | | | | | | | |
| 64. (T-1) SC Jobs Econ Dev. 5.25% | | | | | | | | | |
| 65. (T-1) SC St. AMT HGS Fin & Dev 6.65 | | | | | | | | | |
| 66. (T-1) SC St. AMT HSG Fin & Dev 5.8 | | | | | | | | | |
| 67. (T-1) SC ST G.O. STR Hwy-Ser A 4.6 | | | | | | | | | |
| 68. (T-1) Spartanburg CO Htlh SVC 5.6 | | | | | | | | | |
| 69. (T-1) State Street Corp | | | | | | | | | |
| 70. (T-1) T Rowe Price Group Inc. | | | | | | | | | |
| 71. (T-1) Traveler's PPTY Cas Corp New CLA | | | | | | | | | |
| 72. ACCOUNT | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. ▓▓▓ Berkeley County SC Water & Sewer ▓▓▓ 5.550 | ▓▓▓▓▓ | | | | ▓▓▓▓▓ | | | | |
| 74. ▓▓▓ Charleston Care Alliance (25K)  5.0 | ▓▓▓▓▓ | | | | | | | | |
| 75. ▓▓▓ Charleston County (5.875) Pollution CTV ~ | ▓▓▓▓▓ | | | | ▓▓▓▓▓ | | | | ▓▓ |
| 76. | | | | | ▓▓▓▓▓ | | | | |
| 77. ▓▓▓ Charleston County SC U/T reg DTD 5/1/94 5.9 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 78. ▓▓▓ Charleston County (6.0) Solid Waste User Fee ▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 79. ▓▓▓ Charleston County Solid Waste 6.0 ▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 80. (S-1) Charleston Water Works & Sewer  5.250 ▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 81. (S-1) Colleton County (5.3) ▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 82. (S-1) Darlington County AMT IDR Sonoco 6.125 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 83. (S-1) Darlington County IDR-AMT ▓▓▓ 6.0 | ▓▓▓▓▓ | | | | | | | | |
| 84. (S-1) Darlington County Water & Sewer  5.0 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 85. (S-1) Florence County Hospital RV Rfdg 4.9 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 86. (S-1) Greenville, SC Hosp ▓▓▓ 75 | ▓▓▓▓▓ | | | | | | | | |
| 87. (S-1) Greenville, SC Hosp Sym Brd  5.75 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 88. (S-1) Greenville, SC Mem Aud ▓▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 89. (S-1) Greer Combined Utility System 4.9 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 90. (S-1) Horry Cnty SC Arpt Rev Rfdg  5.375 ▓▓ | ▓▓▓▓▓ | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. (S-1) Lexington County SC School Dist 1 CTFS | ▓▓▓▓ | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 92. (S-1) Lexington County Health Services Hosp 4.375 ▓▓ | ▓▓▓▓▓▓ | | | | | | | | |
| 93. (S-1) Med USC Hospital 5.6 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 94. (S-1) Myrtle Beach, SC UnLtd Tax ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 95. (S-1) Myrtle Beach G/O 4.75 ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 96. (S-1) Oconee County PCR Rfdg 5.8 ▓▓ | ▓▓▓▓▓ | | | | ▓▓▓▓▓▓▓▓ | | | | |
| 97. (S-1) Oconee County School District (4.9) ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 98. (S-1) Oconee County (5.0) ▓▓ | ▓▓▓▓▓ | | | | | | | | |
| 99. (S-1) Oconee Cnty, SC G/O 3.2% ▓▓ | ▓▓▓▓▓▓▓▓ | | | | | | | | |
| 100. (S-1) Smith Barney Money Mkt Funds-Cash Port SB Citibank NA | ▓▓▓▓▓ | | | | | | | | |
| 101. (S-1) SC Housing Authority (5.65) ▓▓ | ▓▓▓▓ | | | | ▓▓▓▓▓▓ | | | | |
| 102. (S-1) SC Housing Authority (6.375) ▓▓ | ▓▓▓▓▓ | | | | ▓▓ | | | | |
| 103. (S-1) SC Jobs Econ Dev. ▓▓ 5.5 | ▓▓▓▓ | | | | | | | | |
| 104. (S-1) SC St. 6.0 AMT ED ▓▓ | ▓▓▓▓ | | | | | | | | |
| 105. (S-1) SC St. Amt. HSG Fin & Dev 6.650 ▓▓ Mtg Rev Ser A | ▓▓▓▓ | | | | | | | | |
| 106. (S-1) SC Amt Hsg & Fin ▓▓ 5.375 | ▓▓▓▓ | | | | | | | | |
| 107. (S-1) SC St. Amt HSG FN 5.4 ▓▓ | ▓▓▓▓ | | | | | | | | |
| 108. (S-1) SC St. Amt. HSG Fin 4.9 ▓▓ | ▓▓▓▓ | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. (S-1) SC ST CAP IMPT BDS Ser A 4.75% | | | | | | | | | |
| 110. (S-1) SC St G/O Hwy 5.625 | | | | | | | | | |
| 111. (S-1) SCST HSG AUTH MTG PUR SERA 6.375% | | | | | | | | | |
| 112. (S-1) SC Ports Authority Rev 5.375 | | | | | | | | | |
| 113. (S-1) SC Ports Authority Rev 6.75 | | | | | | | | | |
| 114. (S-1) SC St. Pub. Service Authority Santee 5.625 | | | | | | | | | |
| 115. (S-1) Service Merchandise Inc SR Sub Deb DTD | | | | | | | | | |
| 116. (S-1) South Carolina St. Pub AMBAC 5.0% 1/1/14 | | | | | | | | | |
| 117. (S-1) Spartanburg County Health SVC 5.6 | | | | | | | | | |
| 118. (S-1) Spartanburg County Health Services 5.5 | | | | | | | | | |
| 119. (S-1) Sumter County SC District # 2 S | | | | | | | | | |
| 120. (S-1) University of SC Univ Revs Ser A 5.5 | | | | | | | | | |
| 121. (S-1) Western Carolina Regl Swr Auth 5.01 25 K | | | | | | | | | |
| 122. S-2 | | | | | | | | | |
| 123. (S-2) Abbott Laboratories | | | | | | | | | |
| 124. (S-2) Alcoa, Inc. 120 | | | | | | | | | |
| 125. (S-2) Allegheny Technologies Inc. | | | | | | | | | |
| 126. (S-2) Allstate Corp | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Column C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. (S-2) AmBac Financial Group | | | | | | | | | |
| 128. (S-2) AMGEN Inc | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. (S-2) American Express | | | | | | | | | |
| 131. (S-2) American International Group, Inc. | | | | | | | | | |
| 132. (S-2) Anadarko Petroleum Corp | | | | | | | | | |
| 133. (S-2) AOL Time Warner | | | | | | | | | |
| 134. (S-2) AT&T Wireless | | | | | | | | | |
| 135. (S-2) Bank New York Inc. | | | | | | | | | |
| 136. (S-2) Bank One Corp | | | | | | | | | |
| 137. (S-2) Berkshire Hathaway Inc. Class B (2) | | | | | | | | | |
| 138. (S-2) Biogen Idec Inc. | | | | | | | | | |
| 139. (S-2) BP PLC SPONS ADR | | | | | | | | | |
| 140. (S-2) Bristol Myers Squibb Co. | | | | | | | | | |
| 141. (S-2) Chiron Corp Delaware | | | | | | | | | |
| 142. (S-2) Chubb Corp. | | | | | | | | | |
| 143. (S-2) Cisco Systems | | | | | | | | | |
| 144. (S-2) Coca-Cola Co. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. (S-2) Comcast Corp CLA | | | | | | | | | |
| 146. (S-2) Comcast Corp CLA SPI | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. (S-2) Dell Inc. | | | | | | | | | |
| 149. (S-2) Duke Energy Corp | | | | | | | | | |
| 150. (S-2) Doubleclick | | | | | | | | | |
| 151. (S-2) Dreyfus Liquid Assets Inc. | | | | | | | | | |
| 152. (S-2) E Resources Cap Group Inc New | | | | | | | | | |
| 153. (S-2) East-West Bank CD | | | | | | | | | |
| 154. (S-2) Eastman Kodak Co | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. (S-2) ECI Telecom | | | | | | | | | |
| 157. (S-2) Emerson Electric Co | | | | | | | | | |
| 158. (S-2) Exxon Mobile Corp. | | | | | | | | | |
| 159. (S-2) Featherlite Inc. | | | | | | | | | |
| 160. (S-2) Forest Laboratories Inc. | | | | | | | | | |
| 161. (S-2) General Electric Co. | | | | | | | | | |
| 162. (S-2) Genzyme Corp General Division | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. (S-2) Gillette Co. | | | | | | | | | |
| 164. (S-2) Global Crossing | | | | | | | | | |
| 165. (S-2) Global SanteFe Corp | | | | | | | | | |
| 166. (S-2) Hilton HotelsCorp SR Note | | | | | | | | | |
| 167. (S-2) Honeywell | | | | | | | | | |
| 168. (S-2) Ikon Office Solutions, Inc. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. (S-2) Intel Corp | | | | | | | | | |
| 171. (S-2) Interactive Corp | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. (S-2) Johnson & Johnson | | | | | | | | | |
| 174. (S-2) L3 Communication Holdings Inc. | | | | | | | | | |
| 175. (S-2) Liberty Media Corp. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. (S-2) Lighthouse Comm Bank CD | | | | | | | | | |
| 178. (S-2) MGIC Invt Corp WIS | | | | | | | | | |
| 179. (S-2) Merck & Co. Inc. | | | | | | | | | |
| 180. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. (S-2) Merrill Lynch & Co. Inc. | | | | | | | | | |
| 182. (S-2) Micron Technology | | | | | | | | | |
| 183. (S-2) Microsoft Corp. | | | | | | | | | |
| 184. (S-2) Motorola Inc. DE | | | | | | | | | |
| 185. (S-2) News LTD-ADR-New | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. (S-2) Nippon Tel & Tel Spon ADR | | | | | | | | | |
| 188. (S-2) Nokia | | | | | | | | | |
| 189. (S-2) Pepsico Inc. | | | | | | | | | |
| 190. (S-2) Pfizer Inc | | | | | | | | | |
| 191. (S-2) Raytheon Company New | | | | | | | | | |
| 192. (S-2) Revlon Consumer Prod. Corp 8.625 SR SUB Notes | | | | | | | | | |
| 193. (S-2) Sabre Group Holdings Inc. Class A | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. (S-2) Safeway Inc. New | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. (S-2) Sandisk Corp | | | | | | | | | |
| 198. (S-2) SBC Communications Inc. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. (S-2) Schering Plough Corp. | | | | | | | | | |
| 200. (S-2) Service Merch Inc. SR SubDeb DTD 2/17/93 | | | | | | | | | |
| 201. (S-2) SB Citibank NA FDS Retirement Port CLA | | | | | | | | | |
| 202. (S-2) Travelers PPTY Cas Corp CLA | | | | | | | | | |
| 203. (S-2) AT&T New | | | | | | | | | |
| 204. (S-2) Southern Co. Capitol Trust IV PFD | | | | | | | | | |
| 205. (S-2) Taiwan Semiconductor Mfg Co. LTD ADR | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. (S-2) 3 Com Corp | | | | | | | | | |
| 208. (S-2) Travelers PPTY CAS CORP | | | | | | | | | |
| 209. (S-2) Unisys Corp | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. (S-2) United Health Group Inc. | | | | | | | | | |
| 212. (S-2) Verizon Communications | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. (S-2) Vodafone | | | | | | | | | |
| 215. (S-2) Walt Disney Co. | | | | | | | | | |
| 216. (S-2) Weatherford International LTD New | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. (S-2) Weyerhauser Co. | | | | | | | | | |
| 218. (S-2) Williams Cos Inc. | | | | | | | | | |
| 219. (S-2) Wyeth | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. (S-2) Wm Wrigley Jr. Co. | | | | | | | | | |
| 222. S-3 | | | | | | | | | |
| 223. (S-3) Duke Energy Corp | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. (S-3) E Resources Cap Group | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. (S-3) Featherlite, Inc | | | | | | | | | |
| 228. (S-3) RCG Companies | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. (S-3) Citibank NA Fund | | | | | | | | | |
| 231. (S-3) South Carolina Bank & Trust Corp (Now | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | | | | | |
| 236. ACCOUNT T-2 | | | | | | | | | |
| 237. (T-2) Amgen | | | | | | | | | |
| 238. (T-2) AOL Time Warner | | | | | | | | | |
| 239. (T-2) Birmingham Steel | | | | | | | | | |
| 240. (T-2) CISCO Sys | | | | | | | | | |
| 241. (T-2) Featherlite Inc. | | | | | | | | | |
| 242. (T-2) Honeywell | | | | | | | | | |
| 243. (T-2) International Paper | | | | | | | | | |
| 244. (T-2) Merril Lynch | | | | | | | | | |
| 245. (T-2) Nokia | | | | | | | | | |
| 246. (T-2) Revlon Consumer Prod Corp 8.625 | | | | | | | | | |
| 247. (T-2) Prime Fund Cap Reserves Class | | | | | | | | | |
| 248. (T-2) Travelers Property Casulty Corp New CLA | | | | | | | | | |
| 249. (T-2) TYCO | | | | | | | | | |
| 250. (T-2) Verizon Communications | | | | | | | | | |
| 251. (T-2) Vodafone | | | | | | | | | |
| 252. (T-2) Worldcom Inc GA-NEW | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 - |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. ACCOUNT- | | | | | | | | | |
| 254. (C-1) ▨ Citibank NA | ▨ | | ▨ | | | | | | |
| 255. (C-1) ▨ South Carolina Bank & Turst Corp | ▨ | | ▨ | | | | | | |
| 256. (C-1) ▨ SC Future Scholar 529 Plan | ▨ | | ▨ | | | | | | |
| 257. (C-1) ▨ South Carolina Bank & Trust Savings | ▨ | | ▨ | | | | | | |
| 258. (C-1, ▨ West Lake Holdings | | | ▨ | | | | | | |
| 259. (C-1) ▨ SB Capitol Pres Fund CLL | ▨ | | ▨ | | | | | | |
| 260. ACCOUNT - ▨ | | | | | | | | | |
| 261. (C-2) ▨ Citibank NA | ▨ | | ▨ | | | | | | |
| 262. (C-2) ▨ South Carolina Bank & Trust Corp | ▨ | | ▨ | | | | | | |
| 263. (C-2) ▨ SB Capitol Pres Fund CLL | ▨ | | ▨ | | | | | | |
| 264. (C-2) ▨ SC Future Scholar 529 Plan | ▨ | | ▨ | | | | | | |
| 265. (C-2) ▨ South Carolina Bank & Trust Savings | ▨ | | ▨ | | | | | | |
| 266. (C-2) ▨ West Lake Holdings LLC | | | ▨ | | | | | | |
| 267. ACCOUNT ▨ | | | | | | | | | ▨ |
| 268. (S-4) Morgan Stanley Cash/Liquid Asset Fund | ▨ | | | | ▨ | | | | ▨ |
| 269. (S-4) CB&T Cust Simple ▨ American Funds | ▨ | | | | | | | | |
| 270. ACCOUNT S-5 ▨ | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. (S-5) Abbott Laboratories ▉ | | | | | | | | | |
| 272. (S-5) Arthur J. Gallagher & Co. ▉ | | | | | | | | | |
| 273. | | | | | | | | | |
| 274. (S-5) Astrazeneca PLC Spon ADR ▉ | | | | | | | | | |
| 275. (S-5) Automatic Data Processing Inc ▉ | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. (S-5) Bank of America Corp. ▉ | | | | | | | | | |
| 278. (S-5) Bristol Myers Squibb ▉ | | | | | | | | | |
| 279. (S-5) Charleston County Health FACS ▉ 5.45 | | | | | | | | | |
| 280. (S-5) Cit Group New Com NFS ▉ | | | | | | | | | |
| 281. (S-5) Citigroup Inc. ▉ | | | | | | | | | |
| 282. (S-5) Exxon Mobil Corp ▉ | | | | | | | | | |
| 283. (S-5) Ford Motor Credit Co. Cont Offer 4.55 ▉ | | | | | | | | | |
| 284. (S-5) General Electric NFS ▉ | | | | | | | | | |
| 285. (S-5) Health Care Reit 8.875 PFD Ser B | | | | | | | | | |
| 286. (S-5) Health Care PPTY 7.875 Ser A PFD | | | | | | | | | |
| 287. (S-5) Johnson & Johnson ▉ | | | | | | | | | |
| 288. (S-5) KOS Pharmaceuticals Inc. ▉ | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $1,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | | | | | |
| 290. | | | | | | | | | |
| 291. (S-5)Liberty Media Corp New Com | | | | | | | | | |
| 292. (S-5) Medco Health Solutions Inc. | | | | | | | | | |
| 293. (S-5) Merck & Co. | | | | | | | | | |
| 294. (S-5) Moodys Corp | | | | | | | | | |
| 295. | | | | | | | | | |
| 296. (S-5) Treas Fund -Cap Reserves | | | | | | | | | |
| 297. (S-5)Plum Creek Timber Co. Inc | | | | | | | | | |
| 298. (S-5) SLM Corp Com | | | | | | | | | |
| 299. (S-5) State Street Corp | | | | | | | | | |
| 300. (S-5)T Rowe Price Group Inc | | | | | | | | | |
| 301. (S-5) Universal Health Rlty Income TR SBI 730 | | | | | | | | | |
| 302. (S-5) York County Sch Dist No. 4 | | | | | | | | | |
| 303. ACCOUNT S-6 | | | | | | | | | |
| 304. S-6) Abbott Laboratories | | | | | | | | | |
| 305. (S-6) Agilent Technologies Inc | | | | | | | | | |
| 306. (S-6) Alcoa Inc. | | | | | | | | | |



1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. (S-6) Allegheny Technologies | | | | | | | | | |
| 309. (S-6) Allstate Corp | | | | | | | | | |
| 310. (S-6) Ambac Finl Group Inc. | | | | | | | | | |
| 311. | | | | | | | | | |
| 312. (S-6) American Express Co. | | | | | | | | | |
| 313. (S-6) American Intl Group Inc. | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. (S-6) Amgen | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. (S-6) Anadarko Petroleum Corp | | | | | | | | | |
| 318. (S-6) AOL Time Warner Inc. | | | | | | | | | |
| 319. | | | | | | | | | |
| 320. (S-6) Bank New York, Inc | | | | | | | | | |
| 321. | | | | | | | | | |
| 322. (S-6) Bank One Corp | | | | | | | | | |
| 323. (S-6) Berkshire Hathaway Inc. Class B | | | | | | | | | |
| 324. (S-6) Biogen | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. | | | | | | | | | |
| 326. (S-6) BP PLC Spons ADR | | | | | | | | | |
| 327. (S-6) Bristol Myers Squibb Co. | | | | | | | | | |
| 328. | | | | | | | | | |
| 329. (S-6) Chiron Corp Delaware | | | | | | | | | |
| 330. | | | | | | | | | |
| 331. (S-6) Chubb Corp. | | | | | | | | | |
| 332. (S-6) Coca Cola Co. | | | | | | | | | |
| 333. (S-6) Comcast Corp CL A SPL | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. | | | | | | | | | |
| 336. (S-6) Dell Inc. | | | | | | | | | |
| 337. | | | | | | | | | |
| 338. (S-6) Eastman Kodak Co. | | | | | | | | | |
| 339. | | | | | | | | | |
| 340. | | | | | | | | | |
| 341. (S-6) Emerson Electric Co. | | | | | | | | | |
| 342. (S-6) Exxon Mobile Corp. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 20 of 24

Name of Person Reporting
WILLIAMS, KAREN J

Date of Report
06/28/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 343. | | | | | | | | | |
| 344. (S-6) Forest Laboratories Inc. | | | | | | | | | |
| 345. | | | | | | | | | |
| 346. (S-6) General Electric Co. | | | | | | | | | |
| 347. | | | | | | | | | |
| 348. (S-6) Genzyme Corp General Division | | | | | | | | | |
| 349. (S-6) Gillette Co. | | | | | | | | | |
| 350. (S-6) Global Santafe Corp | | | | | | | | | |
| 351. (S-6) Home Depot Inc. | | | | | | | | | |
| 352. (S-6) Honeywell Intl Inc. | | | | | | | | | |
| 353. | | | | | | | | | |
| 354. (S-6) Johnson & Johnson | | | | | | | | | |
| 355. | | | | | | | | | |
| 356. (S-6) Ikon Office Solutions Inc. | | | | | | | | | |
| 357. | | | | | | | | | |
| 358. | | | | | | | | | |
| 359. (S-6) Intel Corp. | | | | | | | | | |
| 360. (S-6) Interactivecorp | | | | | | | | | |



1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. | | | | | | | | | |
| 362. | | | | | | | | | |
| 363. | | | | | | | | | |
| 364. (S-6) L 3 Communications Hldgs Inc | | | | | | | | | |
| 365. | | | | | | | | | |
| 366. (S-6) Liberty Media Corp A | | | | | | | | | |
| 367. | | | | | | | | | |
| 368. | | | | | | | | | |
| 369. (S-6) Merck & Co. Inc. | | | | | | | | | |
| 370. | | | | | | | | | |
| 371. (S-6) Merrill Lynch & Co. | | | | | | | | | |
| 372. | | | | | | | | | |
| 373. (S-5) Micron Technology, Inc. | | | | | | | | | |
| 374. (S-6) Microsoft Corp | | | | | | | | | |
| 375. | | | | | | | | | |
| 376. (S-6) MGIC Invt Corp Wis | | | | | | | | | |
| 377. | | | | | | | | | |
| 378. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. (S-6) Motorola Inc. DE | | | | | | | | | |
| 380. (S-6) News LTD-ADR-NEW | | | | | | | | | |
| 381. | | | | | | | | | |
| 382. | | | | | | | | | |
| 383. (S-6) Nippon Tel & Tel Spon ADR | | | | | | | | | |
| 384. | | | | | | | | | |
| 385. (S-6) Nokia Corp Sponsored ADR | | | | | | | | | |
| 386. | | | | | | | | | |
| 387. | | | | | | | | | |
| 388. (S-6) PepsiCo Inc. | | | | | | | | | |
| 389. | | | | | | | | | |
| 390. (S-6) Pfizer Inc | | | | | | | | | |
| 391. | | | | | | | | | |
| 392. (S-6) Raytheon Company New | | | | | | | | | |
| 393. | | | | | | | | | |
| 394. | | | | | | | | | |
| 395. (S-6) Sabre Group Hldgs Inc Class A | | | | | | | | | |
| 396. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. | | | | | | | | | |
| 398. | | | | | | | | | |
| 399. (S-6) Safeway Inc. (New) | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. (S-6) Sandisk Corp. | | | | | | | | | |
| 402. (S-6) SBC Communications Inc. | | | | | | | | | |
| 403. | | | | | | | | | |
| 404. (S-6) Schering Plough Corp | | | | | | | | | |
| 405. (S-6) Taiwan Semiconducto Mfg Co. Ltd ADR | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. (S-6) 3 Com Corp | | | | | | | | | |
| 408. (S-6) Unisys Corp | | | | | | | | | |
| 409. | | | | | | | | | |
| 410. | | | | | | | | | |
| 411. (S-6) United Health Group Inc | | | | | | | | | |
| 412. | | | | | | | | | |
| 413. (S-6) Verizon Communications | | | | | | | | | |
| 414. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, KAREN J | 06/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 415. (S-6) Vodafone Group PLC SP ADR | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ | | |
| 416. | | | | | ▓▓▓ | | | | |
| 417. (S-6) Walt Disney Co. | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | | | | |
| 418. | | | | | ▓▓▓ | | | | |
| 419. (S-6) Weatherford Intl New | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | | | | |
| 420. | | | | | ▓▓▓ | | | | |
| 421. (S-6) Williams Cos Inc. | | | ▓▓▓ | | ▓▓▓ | | | | |
| 422. | | | | | ▓▓▓ | | | | |
| 423. (S-6) Weyerhaueser Co. | | | ▓▓▓ | | ▓▓▓ | | | | |
| 424. | | | | | ▓▓▓ | | | | |
| 425. (S-6) Wm Wrigley Jr. Co. | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | | | | |
| 426. (S-6) Wyeth | | | ▓▓▓ | | ▓▓▓ | | | | |
| 427. | | | | | ▓▓▓ | | | | |
| 428. (S-6) SB Money Funds | | | ▓▓▓ | | ▓▓▓ | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

A.  (VII- 115)Due to merger Service Merchandise Inc Sub Deb  was exchanged for Service Merchandise Inc Sr Sub Debs-Escrow.

B. (VII-27 - 34) The farmlands shown in lines 27-34 should be combined for ease of reference. Some portions of the total of ████████ of farmland benefit from U.S. Department of Agriculture payments for directal Counter Cyclical Payments ████████ and CRP payments ████████

C. (VII-63) This bond is the combination of the two bonds listed on lines 67 and 49 of the 2002 report.

D. (VII-64) My 2002 report included an Entry: (T-1) SC Jobs EDA Hops Rev Anderson ████ 5.25.  In preparing my 2003 report I could not find this bond and the stockbroker determined that in the change from Smith Barney(SB) to NSS the names were shortened to (T-1) SC Jobs Econ Dev. 5.25% ████ and  I confused them thinking they were two different bonds. My 2002 report needs to be amended to reflect this.

E. (VII-268) Funds in this account were transferred to the account listed in line 273 of this re ort.

F. (VII-138 & 324) These assets were originally purchased as IDEC Pharmaceuticalsand name changed at some point to Biogen.

G. (VII - 23) It is my understanding that the company folded at the end of the year and that there were little or no assets. Thus I reported the "Sale" as 12/30 and Value ████   ████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

Date _June 29, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544